# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YOUNOUS CHEKKOURI,

                  *Petitioner,*

        v.

BARACK OBAMA, *et al.*

                  *Respondents.*

**FILED**

FEB - 3 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 05-cv-0329 (PLF)

## [~~PROPOSED~~] ORDER

Upon consideration of Petitioner's unopposed motion for a stay, it is hereby

**ORDERED** that this case shall be stayed. It is further

**ORDERED** that the Protective Order in place in this action shall remain in force during

the stay. It is further

**ORDERED** that the parties shall file a joint status report ~~in 60 days.~~ *on or before April 3, 2009*

**SO ORDERED.**

Date:

PAUL L. FRIEDMAN
United States District Judge

2/3/09